UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,
on behalf of himself and
all others similarly situated,

                Plaintiff,

v.                                                  Case No.: 8:09-cv-2321

RUBIN & DEBSKI, P.A.,
ARTHUR D. RUBIN, and
MICHAEL T. DEBSKI,

                Defendants.
_____/

## DECLARATION OF RAYMOND ARLOZYNSKI
## IN SUPPORT OF
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Raymond Arlozunski, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

    1.    Defendants left telephone messages on my answering machine which did not state that the call is from a debt collector or that the purpose of the call was to collect a debt.

    2.    I am the plaintiff in this lawsuit.

1

3. I understand that this lawsuit alleges that Rubin & Debski, P.A. (R&B), Arthur D. Rubin, and Michael T. Debski violated a federal law known as the Fair Debt Collection Practices Act ("FDCPA") by leaving telephone messages that fail to state that the call is from a debt collector or that the purpose of the call was to collect a debt.

4. I understand that the class of persons on whose behalf the lawsuit was filed extends back one year prior to the filing of this action.

5. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendants.

6. I am willing to be a representative of the class.

7. I understand:

a) That as a class representative I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class, not just myself.

b) That I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

    c)    That the case cannot be dropped or settled without protecting the class members. This normally means that the other members of the class have to get a fair monetary settlement of their claims.

    d)    That the Court has to approve any settlement or disposition on behalf of the class.

8.    I have arranged for my attorneys to advance all costs, including the cost of notification of the class, of this action while I remain responsible for my *pro rata* share of these costs.

9.    I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the class representative.

10.    I am not employed by or related to any of my attorneys, Donald A. Yarbrough or O. Randolph Bragg. They will be paid as directed by the Court, if the case is successful, out of Defendant's assets or the funds recovered for the class.

Executed in _Hudson_, Florida on May, _15_ 2010.

_Raymond Arlozyniski_
Raymond Arlozyniski

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,
 on behalf of himself and
all others similarly situated,

        Plaintiffs,

    v.              **Case No.: 8:09-cv-2321-VCM-AEP**

RUBIN & DEBSKI, P.A.,
ARTHUR D. RUBIN, and
MICHAEL T. DEBSKI,

        Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>May 17, 2010</u>, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                      s/Donald A. Yarbrough
                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Wendy Susan Leavitt, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4920
Facsimile: 954-627-6640

<u>Via Notices of Electronic Filing generated by CM/ECF</u>