UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,
 on behalf of himself and
all others similarly situated,

                Plaintiff,

        v.                          **Case No.: 8:09-cv-2321**

RUBIN & DEBSKI, P.A.,
ARTHUR D. RUBIN, and
MICHAEL T. DEBSKI,

                Defendants.
_____/

**DECLARATION OF O. RANDOLPH BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, O. Randolph Bragg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

    1.    I am one of the attorneys representing +Plaintiffs Raymond Arlozynski in this matter.

    2.    I am a member in good standing of the bars of the following

courts:

    Supreme Court of the United States
    Washington, D.C.
    August 7, 1992

    Supreme Court of Appeals of West Virginia -- inactive
    Charleston, West Virginia
    May 22, 1973

    Supreme Court of Pennsylvania – inactive
    Harrisburg, Pennsylvania
    May 20, 1974

    Supreme Court of the State of Delaware – inactive
    Wilmington and Dover, Delaware
    January 23, 1987

    Supreme Court of Illinois
    Chicago, Illinois
    July 5, 1994

    U.S. Court of Appeals for the Second Circuit
    New York, New York
    November 6, 1986

    U.S. Court of Appeals of the Third Circuit
    Philadelphia, Pennsylvania
    February 21, 1979

    U.S. Court of Appeals for the Fourth Circuit
    Richmond, Virginia
    February 7, 1986

    U.S. Court of Appeals for the Fifth Circuit
    New Orleans, Louisiana
    July 23, 1999

U.S. Court of Appeals for the Sixth Circuit
Cincinnati, Ohio
December 26, 1991

U.S. Court of Appeals for the Seventh Circuit
Chicago, Illinois
April 15, 1994

U.S. Court of Appeals for the Eighth Circuit
St. Louis, Missouri
September 21, 1998

U.S. Court of Appeals for the Ninth Circuit
San Francisco, California
March 14, 1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
May 22, 1997

U.S. Court of Appeals for the Eleventh Circuit
Atlanta, Georgia
August 24, 1988

U.S. District Court for the Southern District of West Virginia
Charleston, West Virginia
May 22, 1973

U.S. District Court for the Middle District of Pennsylvania
Scranton, Pennsylvania
July 12, 1974

U.S. District Court for the Eastern District of Pennsylvania
Philadelphia, Pennsylvania
June 25, 1982

U.S. District Court for the District of Delaware
Wilmington, Delaware
January 30, 1987

U.S. District Court for the Western District of New York
Rochester, New York
October 5, 1987

U.S. District Court for the Northern District of New York
Utica, New York
December 15, 1989

U.S. District Court for the Northern District of Illinois
Chicago, Illinois
May 10, 1994

U.S. District Court for the Central District of Illinois
Peoria, Illinois
April 29, 1996

U.S. District Court for the District of Arizona – inactive
Phoenix, Arizona
January 11, 1996

U.S. District Court for the Western District of Michigan
Grand Rapids, Michigan
June 7, 1996

U.S. District Court for the Eastern District of Michigan
Detroit Michigan
December, 1997

U.S. District Court for the Western District of Wisconsin
Madison, Wisconsin
December 21, 1998

       U.S. District Court for the Eastern District of Wisconsin
       Milwaukee, Wisconsin
       July 12, 2000

       U.S. District Court for the Northern District of Texas
       Dallas, Texas
       August 28, 2000

       U.S. District Court for the District of Colorado
       Denver, Colorado
       December 9, 2002

       U.S. District Court for the Northern District of Indiana
       South Bend, Indiana
       July 13, 2005

       U.S. District Court for the Southern District of Illinois
       Benton, Illinois
       July 30, 2007

       U.S. District Court for the District of Nebraska
       Omaha, Nebraska
       June 3, 2008

3.    I am a 1973 graduate of the West Virginia University College of Law. From 1973 until August 1985, I was employed by Legal Services Corporation-funded programs in West Virginia and Pennsylvania. From August 1985 until October 1993, I served as a Litigation Coordinator with the UAW Legal Services Plan. From April 1, 1994 through August 30, 1995, I was associated with the law firm of Edelman & Combs in Chicago, Illinois.

4. On September 15, 1995, I opened my law office, as a solo practice limited to the representation of persons in consumer rights litigation, both individual and class cases.

5. On February 1, 1997, I merged my practice with Horwitz, Horwitz and Associates and continue to limit my practice to the representation of individuals in consumer issues, both individual and class cases.

6. Since 1990 I have been a contributing author to National Consumer Law Center's *Fair Debt Collection* (6th ed. 2008) and annual supplements. I have also written Chapter 5, "Fair Debt Collection Practices Act," *Ohio Consumer Law* (1995 ed.-2010 ed.). "Fair Debt Collection: The Need For Private Enforcement", published at *Loyola Consumer Law Reporter*, Volume 7, Number 3, Page 89 (Spring 1995), was written by myself and Daniel A. Edelman.

7. I was a member of the Board of Directors of National Association of Consumer Advocates from October 1996 through October 2000. I participate as one of the Consumer Advocate Advisors to *Consumer Financial Services Law Report*, published by LRP Publications. I was named Consumer Lawyer of the Year for 2006 by the National Association of Consumer Advocates.

8. I have lectured to professional groups on consumer law issues including:

5

| | | |
|---|---|---|
| February 27-28, 2009 | Fair Debt Collection Practices Act<br>National Consumer Law Center | San Diego, CA |
| October 24-26, 2008 | Co-Counseling Consumer Cases<br>National Consumer Law Center | Portland, OR |
| March 27-29, 2008 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Nashville, VA |
| March 23-25, 2007 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Tucson, Arizona |
| February 25-26, 2006 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Austin, Texas |
| October 20-21, 2005 | Consumer Law 2005 | Missouri Bar CLE<br>Kansas City &<br>St. Louis, MO |
| March 13-14, 2005 | Fair Debt Collection Practices Act | National Association of Consumer Advocates<br>Crystal City, VA |
| July 29, 2004 | Fair Debt Collection Practices Act | Student Legal Services<br>Chicago, Illinois |
| April 23, 2004 | Montana Consumer Law Summit | Missoula, MT |

| Date | Topic | Location |
|---|---|---|
| February 21-22, 2004 | Fair Debt Collection Practices Act National Consumer Law Center | Kansas City, MO |
| October 28, 2002 | Class Action Symposium National Consumer Law Center | Atlanta, Georgia |
| November 6, 2001 | North American Collection Agency Regulatory Association | Denver, Colorado |
| April and May 2000<br><br>March 2007 | Consumer Financial Services Litigation Practicing Law Institute | New York-<br>San Francisco<br><br>Chicago |
| November 10, 2000 | Fair Credit Reporting Act Fair Debt Collection Practices Act | Michigan Poverty Law Program Lansing, Michigan |
| September 19, 1997 | Fair Debt Collection Practices Act | Michigan StateBar Detroit, Michigan |
| April 25, 1997 | Fair Debt Collection Practices Act and Consumer Class Actions | VA Trial Lawyers Association Richmond, VA |
| September 20, 1996<br>October 8, 1999<br>October 11, 2001 | Fair Debt Collection Practices Act | Chicago Bar Assn Chicago, Illinois |
| June 7, 1996 | Fair Debt Collection Practices Act Overland Park, KS | Kansas City Metropolitan Bar Association |
| 1992 - 2000 | Fair Debt Collection National Consumer Rights Litigation | Various locations |

7

Conference

9. I have been involved in numerous consumer cases including:

**U.S. COURTS OF APPEALS:**

*Imperial Merchant Services, Inc. v. Hunt*, 580 F.3d 893 (9th Cir. 2009) (debt collector may recover check fee or interest on dishonored check, not both); *Imperial Merchant Services, Inc. v. Hunt*, 47 Cal.4th 381, 212 P.3d 736 (Cal. 2009), *Hunt v. Imperial Merchant Services, Inc.*, 560 F.3d 1137 (9th Cir. 2009) (shift class notice costs); *McKinney v. Cadleway Properties, Inc.*, 548 F.3d 496 (7th Cir., Nov, 13, 2008); Camacho v. Bridgeport Financial, Inc., 523 F.3d 973 (9th Cir. 2008) (attorneys fees); *del Campo v. Kennedy*, 517 F.3d 1070 (9th Cir. 2008); *Johnson v. Credit Int'l*, 2007 WL 3332813, 2007 U.S. App. LEXIS 26403 (9th Cir., Nov. 8, 2007)(Unpublished Opinion); *Rosario v. American Corrective Counseling Services,Inc.*, 506 F.3d 1039 (11th Cir. 2007); *Gillespie v. Equifax Information Services, L.L.C.*, 484 F.3d 938 (7th Cir. 2007); *Defenbaugh v. JBC & Assocs. PC*, 2006 U.S. App. LEXIS 19930 (9th Cir., July 24, 2006) (Not for Publication); *Camacho v. Bridgeport Financial, Inc.*, 430 F.3d 1078 (9th Cir. 2005); *Carroll v. United Compucred Collections, Inc.*, 399 F.3d 620 (6th Cir. 2005); *Silvernail v. County of Kent*, 385 F.3d 601 (6th Cir. 2004); *Irwin v. Mascott*, 370 F.3d 924 (9th Cir. 2004); *Liles v. Del Campo*, 350 F.3d 742 (8th Cir. 2003); *Carmichael v.*

*Payment Ctr., Inc.*, 336 F.3d 636 (7th Cir. 2003); *Renick v. Dun & Bradstreet Receivable Mgmt Servs.*, 290 F.3d. 1055 (9th Cir. 2002);

**U.S. DISTRICT COURTS – last five years:**

*Bretana v. Int'l Collection Corp.*, 2010 U.S. Dist. LEXIS 27786 (N.D.Cal., March 24, 2010); *Calloway v. Cash America Net of California, LLC*, 2010 WL 289087 (N.D.Cal., Jan. 15, 2010) (motion to dismiss); *Carrizosa v. Stassinos*, 2010 WL 144807, 2010 U.S. Dist. LEXIS 1456 (N.D.Cal., Jan. 10, 2010); *Smith v. Allied Interstate, Inc.*, 2009 WL 5184313 (M.D.Ala., Dec. 23, 2009); *Bretana v. International Collection Corp.*, 2009 WL 5108575, 2009 U.S. Dist. LEXIS 122538 (N.D.Cal., Dec. 18, 2009) (amend judgment); *Day v. Check Brokerage Corp.*, 2009 WL 4931739, 2009 U.S. Dist. LEXIS 116695 (N.D.Ill., Dec. 15, 2009) (class decertification); *Jenkins v. General Collection, Co.*, 2009 WL 3631014 (D.Neb., Oct. 26, 2009) (attorneys fees); *Durham v. Cont'l Cent. Credit*, 2009 WL 3416114, 2009 U.S. Dist. LEXIS 96760 (S.D.Cal., Oct. 20, 2009) (summary judgment); *Hamilton v. Am. Corrective Counseling Servs.*, 2009 WL 3245194, 2009 U.S. Dist. LEXIS 91033 (N.D.Ind., Sept. 30, 2009) (summary judgment); *Bretana v. Int'l Collection Corp.*, 2009 U.S. Dist. LEXIS 91373 (N.D.Cal., Sept. 29, 2009) (summary judgment); *Drossin v. National Action Financial Services, Inc.*, 641 F.Supp.2d 1314 (S.D.Fla. 2009) (summary

judgment); *Acik v. I.C. System, Inc.*, 640 F.Supp.2d 1019 (N.D.Ill. 2009) (summary judgment); *Bogner v. Masari Investments, LLC*, 257 F.R.D. 529 (D.Ariz. 2009) (class certified); *Bogner v. Masari Invs., LLC*, 2009 U.S. Dist. LEXIS 45311 (D.Ariz., May 19, 2009) (denied motion to strike offer of judgment); *Shapiro v. United Recovery Service, L.L.C.*, 2009 WL 1313194 (N.D.Ill., May 12, 2009) ("assumed to be valid"); *Carrizosa v. Stassinos*, 659 F.Supp.2d 1081 (N.D.Cal., Mar. 30, 2009) (class certification); *del Campo v. American Corrective Counseling Serv.*, 2009 WL 656282 (N.D.Cal., Mar. 12, 2009) (non-debtor bky stay denied); *Anchondo v. Anderson, Crenshaw & Associates, L.L.C.*, 256 F.R.D. 661 (D.N.M. 2009) (discovery); *Drossin v. National Action Financial Services, Inc.*, 255 F.R.D. 608 (S.D.Fla. 2009) (class certified); *Williamson v. Unifund CCR Partners*, 2009 WL 187702 (D.Neb., Jan, 23, 2009); *Brown v. Jungers*, 2009 WL 159700 (D.Neb., Jan. 22, 2009); *Palmer v. Stassinos*; 2009 WL 86705, 2009 U.S. Dist. LEXIS 4265 (N.D.Cal., Jan. 9, 2009) (summary judgment and class certification); *Bretana v. International Collection Corp.*, 2008 WL 4948446, 2008 U.S. Dist. LEXIS 96483 (N.D.Cal., Nov. 12, 2008) (discovery); *Anchondo v. Anderson, Crenshaw & Associates, L.L.C.*, 583 F.Supp.2d 1278 (D.N.M. 2008) (denied motion to dismiss); *Kelly v. Montgomery Lynch & Assocs.*, 2008 WL 4560744, 2008 U.S. Dist. LEXIS 79129 (Oct. 8, 2008)

(attorneys fees); *Bretana v. International Collection Corp.*, 2008 WL 4334710, 2008 U.S. Dist. LEXIS 79334, (N.D.Cal. Sept. 2008) (discovery compelled); *Quiroz v. Revenue Production Management, Inc.*, ---F.Supp.2d ----, 2008 WL 4126256 (N.D.Ill., Sept, 3, 2008) (class certification); *Jenkins v. General Collection Co.*, 2008 WL 4104677 (D.Neb., Aug. 28, 2008) (class certification); *Schwarm v. Craighead*, 2008 WL 3286797, 2008 U.S. Dist. LEXIS 70319 (E.D.Cal., Aug. 6, 2008) (damages); *Carroll v. United Compucred Collections, Inc.*, 2008 WL 3001595, 2008 U.S. Dist. LEXIS 67687 (M.D.Tenn., July 31, 2008) (attorneys fees); *Camacho v. Bridgeport Financial, Inc.*, 2008 WL 2951290, 2008 U.S. Dist.LEXIS 61652 (N.D.Cal., July 24, 2008) (attorneys fees after remand from 9th Cir.); *del Campo v. Am. Corrective Counseling Servs.*, 2008 U.S. Dist. LEXIS 79706 (July 21, 2008) (confidentiality de-designation); *Acik v. I.C. System, Inc.*, 251F.R.D. 332 (N.D.Ill. 2008) (class certification); *Bretana v. International Collection Corp.* 2008 WL 2264555, 2008 U.S. Dist. LEXIS 79203 (N.D. Cal., June 2, 2008) (denying motion to dismiss and striking Rule 68 offer) (Not for Publication); *Del Campo v. American Corrective Counseling Services*, 2008 WL 2038047 (N.D. Cal. May 12, 2008) (compel discovery); *Schwarm v. Craighead*, 552 F.Supp.2d 1056 (E.D. Cal. 2008) (summary Judgment); *Kelly v. Montgomery Lynch & Assocs.*, 2008 WL 1775251, 2008 U.S.

11

Dist. LEXIS 30917 (N.D. Ohio, Apr. 15, 2008); *Kelly v. Montgomery Lynch & Assocs.*, 2008 WL 1775251, 2008 U.S. Dist. LEXIS 30917 (N.D. Ohio, Apr. 15, 2008) (granting summary judgment in part); *Starr v. Hameroff Law Firm, PC*, 2008 WL 906822, 2008 U.S. Dist. LEXIS 26124 (D. Ariz., Mar. 31, 2008) (arbitration denied); *Giblin v. Revenue Prod. Mgmt.*, 2008 U.S. Dist. LEXIS 22854 (N.D.Ill., Mar. 24, 2008); *Sampaio v. People First Recoveries, LLC*, 2008 WL 509255, 2008 WL 509255, 2008 U.S. Dist. LEXIS 17110 (S.D.Fla., Feb. 19, 2008) (struck offer of judgment); *Jenkins v. General Collection Co.*, --- F.Supp.2d ----, 2008 WL 474340, 2008 U.S. Dist. LEXIS 11691 (D.Neb., Feb. 15, 2008) (Defendants' motion for summary judgment denied); *Martsolf v. JBC Legal Group, P.C.*, 2008 WL 275719, 2008 U.S. Dist. LEXIS 6876 (M.D.,Pa., Jan. 30, 2008) (summary judgment granted in part); *Kelly v. Montgomery Lynch & Assocs.*, 2007 WL 4562913, 2007 U.S. Dist. LEXIS 93656 (N.D.Ohio, Dec. 19, 2007) (class certified); *Kelly v. Montgomery Lynch & Assocs.*, 2007 WL 4412572, 2007 U.S. Dist. LEXIS 93651 (N.D.Ohio, Dec. 13, 2007) (discovery compelled); *del Campo v. American Corrective Counseling Services, Inc.*, 2007 WL 4287335 (N.D.Cal., Dec. 5, 2007) (discovery); *Jenkins v. General Collection Co.*, 246 F.R.D. 600 (D,Neb. 2007) (striking offer of judgment); *Posso v. Asta Funding*, 2007 U.S. Dist. LEXIS 83741 (N.D.Ill., Nov. 9, 2007); *del Campo v. American*

*Corrective Counseling Services, Inc.*, 2007 WL 3306496, 2007 U.S. Dist. LEXIS 87150 (N.D.Cal., Nov. 6, 2007) (designation of discovery and sanctions); *Starr v. Hameroff*, 2007 WL 3231988, 2007 U.S. Dist. LEXIS 80923 (D.Ariz., Oct. 31, 2007(Report and Recommendation to deny motion to compel arbitration); *McKinney v. Cadleway Prop Inc.*, 2007 U.S. Dist. LEXIS 79786 (N.D.Ill. 2007) (attorneys fees award); *Day v. Check Brokerage Corp.*, 511 F. Supp. 2d 950(N.D.Ill. 2007) (summary Judgment); *Jenkins v. General Collection Co.*, 2007 WL 2462614, 2007 U.S. Dist. LEXIS 64462 (D.Neb., Aug. 28, 2007) (striking Offer of Judgment); *Palmer v. Stassinos*, 2007 WL 2288119, 2007 U.S. Dist. LEXIS 59856 (N,D,Cal., Aug. 7, 2007) ($5000 sanction awarded against debt collector for failure to comply with Order); *Hunt v. Check Recovery Sys.*, 2007 WL 2220972, 2007 U.S. Dist. LEXIS 58800 (N.D.Cal., Aug. 1, 2007) (class notice and costs); *Campos v. Western Dental Services, Inc.*, 2007 WL 2050976 (N.D.Cal., July 13, 2007) ("The court further finds that $300 an hour for Mr. Wilcox and $465 an hour for Mr. Bragg are reasonable rates for attorneys with their equivalent years of experience."); *Jerman v. Carlisle*, 502 F.Supp.2d 686 44731 (N.D.Ohio 2007) (summary judgment granted on defendants BFE defense); *Gonzales v. Arrow Fin. Servs. LLC*, 489 F.Supp.2d 1140 (S.D. Cal. 2007) (summary judgment granted for plaintiff); *McKinney v. Cadleway Prop Inc.*, 2007

13

WL 1667390, 2007 U.S. Dist. LEXIS 41588 (N.D. Ill., June 8, 2007)(attorneysfees award); *Palmer v. I.C. Systems, Inc.*, 2007 WL 1655569, 2007 U.S. Dist. LEXIS 43764 (N.D.Cal., June 7, 2007); *Rannis v. Fair Credit Lawyers, Inc.*, 489 F.Supp.2d 1110 (C.D.Cal. 2007) (CROA summary judgment ruling); *Kreek v. Phycom Corp.*, 2007 WL 1229315, 2007 U.S. Dist. LEXIS 30652 (N.D.Cal., April 26, 2007); *del Campo v. American Corrective Counseling Servs.*, 2007 U.S. Dist. LEXIS 24861 (N.D.Cal., Mar. 22, 2007) (confidentiality designation); *Hunt v. Check Recovery Sys.*, 478 F.Supp.2d 1157 (N.D.Cal. 2007) (summary judgment); *Hunt v. Check Recovery Sys.*, 241 F.R.D. 505 (N.D.Cal. 2007) (class certified); *Karnette v. Wolpoff & Abramson*, 2007 WL 922288, 2007 U.S. Dist. LEXIS 20794 (E.D.Va., Mar. 23, 2007) (class certified); *Rannis v. Fair Credit Lawyers, Inc.*, 2007 U.S. Dist. LEXIS 17856 (C.D.Cal., Mar. 12, 2007) (CROA class certified); *Day v. Check Brokerage Corp.*, 240 F.R.D. 414 (N.D.Ill., Mar. 2, 2007) (class certified); *Hamilton v. Am. Corrective Counseling Serv.*, 2007 U.S. Dist. LEXIS 11488 (N.D.Ind., Feb. 14, 2007) (class certified); *del Campo, et al., v. American Corrective Counseling Services*, 2007 U.S. Dist. LEXIS 12387 (N.D.Cal., Feb. 8, 2007); *del Campo v. Kennedy*, 491 F.Supp.2d 891 (N.D. Cal. 2006) (ACCS is a debt collector); *del Campo v. Kennedy*, 491 F.Supp.2d 891 (N.D.Cal. 2006) (dismissed due process claims but maintained FDCPA claims);

*McKinney v. Cadleway Props., Inc.*, 2006 U.S. Dist. LEXIS 87620 (N.D.Ill., Dec. 4, 2006); *Jerman v. Carlisle*, 464 F.Supp.2d 720 (N.D.Ohio 2006); *Rosario v. Am. Corrective Counseling Servs.*, 2006 U.S. Dist. LEXIS 83135 (M.D.Fla., Nov. 15, 2006) (Eleventh Amendment Immunity); *Warcholek v. Medical Collections Sys.*, 241 F.R.D. 291 (N.D.Ill. 2006) (class certified); *Hamilton v. American Corrective Counseling Servs.*, 2006 U.S. Dist. LEXIS 75588 (N.D.Ind. Oct. 4, 2006) (granted defendants' motion to exclude expert); *Karnette v. Wolpoff & Abramson*, 444 F.Supp.2d 640 (E.D.Va. 2006) (motion to compel arbitration denied); *Abels v. JBC Legal Group, P.C.*, 434 F.Supp.2d 763 (N.D.Cal. 2006) (defendants' motion to dismiss denied); *Turner v. Shenandoah Legal Group, P.C.*, 2006 U.S. Dist. LEXIS 39341 (E.D.Va., June 12, 2006) (Report and Recommendation to deny defendants' motion to dismiss); *Thweatt v. Law Firm of Koglmeier, Dobbins, Smith & Delgado, P.L.C.*, 425 F.Supp.2d 1011 (D.Ariz. 2006) (motion to dismiss denied); *Abels v. JBC Legal Group, P.C.*, 233 F.R.D. 645 (N.D.Cal. 2006) (defendants' motion to compel production of time records and retainer denied); *Schwarm v. Craighead*, 233 F.R.D. 655 (E.D.Cal. 2006) (class certified); *Gonzales v. Arrow Fin. Servs. LLC*, 233 F.R.D. 577 (S.D.Cal. 2006) (class certified); *Abels v. JBC Legal Group, P.C.*, 2006 U.S. Dist. LEXIS 12486 (N.D.Cal., Jan. 18, 2006) (order denying without prejudice motion for leave to file

second amended complaint); *Mcguire-Pike v. Ameri-Ck, Inc.*, 2005 U.S. Dist. LEXIS 39134 (D.N.M., Dec. 30, 2005) (compel discovery); *Gacy v. Gammage & Burnham*, 2005 U.S. Dist. LEXIS 38081 (D.Ariz., Dec. 15, 2005) (class certification); *Campos v. Western Dental Servs.*, 404 F.Supp.2d 1164 (N.D.Cal., 2005) (counterclaim dismissed, class certification denied without prejudice); *Abels v. JBC Legal Group, P.C.*, 2005 U.S. Dist. LEXIS 41172 (N.D.Cal., Nov. 30, 2005) (order granting defendants' motion to dismiss in part); *Palmer v. I.C. Systems*, 2005 U.S. Dist. LEXIS 27946 (N.D.Cal., Nov. 8, 2005); *Wyatt v. Creditcare, Inc.*, 2005 WL 2780684, 2005 U.S. Dist. LEXIS 25787 (N.D.Cal., Oct. 25, 2005) (class certification); *Cancio v. Financial Credit Network*, 2005 U.S. Dist. LEXIS 13626 (N.D.Cal;, July 6, 2005) (attorneys fees and costs awarded); *Abels v. JBC Legal Group, P.C.*, 229 F.R.D. 152 (N.D.Cal. 2005) (leave to amend to add party granted)); *Brumbelow v. Law Offices of Bennett & DeLoney*, 2005 WL 1566689 (D.Utah, June 21, 2005) (defendants' motion for summary judgment was denied due the existence of disputed issues of material fact) *Brumbelow v. Law Offices of Bennett & DeLoney*, 372 F.Supp.2d 615 (D.Utah 2005) (owners and operators of law firm are debt collectors subject to the FDCPA); *Mcguire-Pike v. Ameri-Ck, Inc.*, 2005 U.S. Dist. LEXIS 39147 (D.N.M., Sept. 22, 2005); *Uyeda v. J.A. Cambece Law Office, P.C.*, 2005 U.S. Dist. LEXIS 9271 (N.D.Cal., May

16, 2005) (motion to dismiss denied); *Abels v. JBC Legal Group, P.C.*, 227 F.R.D 541 (N.D.Cal. 2005) (class certification granted); *Gray v. Florida First Financial Group, Inc.*, 359 F. Supp. 2d 1316 (M.D.Fla. 2005) (attorneys fees awarded); *Martsolf v. JBC Legal Group, P.C.*, 2005 WL 331544, 2005 U.S. Dist. LEXIS 1802 (M.D.Pa., Feb. 7, 2005) (class certified).

Executed in Chicago, Illinois, on May 14, 2010.

   S/ O. Randolph Bragg
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,
 on behalf of himself and
all others similarly situated,

        Plaintiffs,

      v.                          **Case No.: 8:09-cv-2321-VCM-AEP**

RUBIN & DEBSKI, P.A.,
ARTHUR D. RUBIN, and
MICHAEL T. DEBSKI,

        Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>May 17, 2010</u>, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                                      s/Donald A. Yarbrough
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Wendy Susan Leavitt, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4920
Facsimile: 954-627-6640

<u>Via Notices of Electronic Filing generated by CM/ECF</u>