UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI, on behalf of himself and others similarly situated;

    Plaintiffs,
v.                            Case No. 8:09-cv-2321-T-33AEP

RUBIN & DEBSKI, P.A., ARTHUR D. RUBIN, and MICHAEL T. DEBSKI,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the parties' Joint Motion for Class Certification (Doc. # 25), which was filed on May 17, 2010. For the reasons that follow, the Court grants the unopposed motion for class certification.

**Analysis**

The parties request an order certifying as a class in this Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.:

> (i) all Florida residents to whom Defendants left a telephone message (ii) in which Defendants failed to state it is from a debt collector, and/or that it was an attempt to collect a debt (iii) in an attempt to collect a debt incurred for personal, family, or household purposes allegedly due Target (iv) during the one year period prior to the filing of the complaint in this matter through the date of class certification.

(Doc. # 25 at 1).

In the joint motion for class certification and supporting memorandum (Doc. # 26), the parties fully address and satisfy Rule 23(a)'s numerosity, commonality, typicality, and adequacy requirements. In addition, pursuant to Rule 23(b)(3), the parties sufficiently address whether, "common questions of law or fact predominate over questions affecting only individual class members ('predominance')" and whether "a class action is superior to other available methods for adjudicating the controversy ('superiority')." Vega v. T-Mobile USA, Inc., 564 F.3d 1256, 1265 (11th Cir. 2009).

The Court is satisfied that the requirements of Rule 23, Fed.R.Civ.P., have been fulfilled, the parties' Joint Motion for Class Certification (Doc. # 25) will be granted.

**ORDERED, ADJUDGED,** and **DECREED:**

The parties' Joint Motion for Class Certification (Doc. # 25) is **GRANTED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 4th day of June, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record