
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAYMOND D. ARLOZYNSKI,
 on behalf of himself and
all others similarly situated,

                              Case No.: 8:09-cv-2321-VCM-AEP

       Plaintiff,

   v.

RUBIN & DEBSKI, P.A.,
ARTHUR D. RUBIN, and
MICHAEL T. DEBSKI,

       Defendants.
_____/

**PLAINTIFF'S MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, Plaintiff Raymond D. Arlozynski moves this Court for an award of attorneys' fees and expenses payable by Defendants Rubin & Debski, P.A., Arthur D. Rubin, and Michael T. Debski under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(a)(3) .  The following is stated in support thereof.

1. On November 13, 2009 Plaintiff commenced this class action alleging Defendants violated the FDCPA. (Docket No. 1.)

2. By Order of May 7, 2010 the Court denied Defendants' Motion to Dismiss. (Document 23.) *Arlozynski v. Rubin & Debski, P.A.*, 710 F.Supp.2d 1308 (M.D.Fla. 2010).

3. By Order of June 4, 2010 the Court granted the Joint Motion for Class Certification. (Document 34.) *Arlozynski v. Rubin & Debski, P.A.*, 2010 WL 2243817 (M.D.Fla.,, June 4, 2010).

4. On December 14, 2010, the parties filed Notice of Settlement. (Document 49.)

5. On February 3, 2011, the Court granted Joint motion for Preliminarily Approval of the Class Settlement Agreement and directed that Notice of the proposed class settlement be sent to the class. (Document 53.)

6. The Court granted Final Approval of the Class Settlement on June 3, 2011. (Document 60.)

7. Pursuant to ¶ (7) of the Final Order, Plaintiff now moves for an award of costs and reasonable attorneys fees pursuant to 15 U.S.C. §1692k(a)(3).

8.     Plaintiff and the Class was represented by attorneys Donald A. Yarbrough and O. Randolph Bragg.

9.     Plaintiff's attorney Donald A. Yarbrough has expended a total of 24.37 hours on behalf of Plaintiff through July 26, 2011.  An itemized account is contained with the Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Attorneys' Fees and Expenses ("Yarbrough Decl."), filed herewith.  Mr. Yarbrough seeks an hourly rate of $350.00 for time expended on the matter.  Mr. Yarbrough's lodestar is $9,569.00 (24.37 hours x $350/hr. = $9,569.00).  Yarbrough Decl., # 13-14.  Mr. Yarbrough also seeks reimbursement for litigation expenses of $500.05 through July 26, 2011.  Yarbrough Decl., # 15.  Mr. Yarbrough requests an award of $10,069.00 for his time and expenses through July 26, 2011.

10.    Plaintiff's attorney O. Randolph Bragg has expended a total of 63.3 hours through July 26, 2011 on behalf of Plaintiff.  Mr. Bragg's associate Craig M. Shapiro expended a total of 0.4 hours on this litigation.  An itemized account of the total is contained in Exhibit A to Declaration of O. Randolph Bragg in Support of Plaintiff's Motion for Award of Costs and Attorney Fees, filed herewith.  The

3

hourly rate for the services provided by O. Randolph Bragg is $480 per hour. The hourly rates for the services provided by associate Craig M. Shapiro is $250 per hours. *See* Declaration of O. Randolph Bragg. The total lodestar calculation for the services of O. Randolph Bragg is $30,384.00 (63.3 hours x $480/hr. = $30,384.00). The total lodestar calculation for the services of his associate Craig M. Shapiro is $100.00 (0.4 hours x $250/hr. = $100.00). The total lodestar calculation for Mr. Bragg's office regarding this litigation is $30,484.00. *See* Exhibit A to Declaration of O. Randolph Bragg. Mr. Bragg's law firm incurred in litigation expenses of $10.00 in the prosecution of this litigation. *See* Exhibit B to Declaration of O. Randolph Bragg. Mr. Bragg requests an award of $30,494.00 for his time and expenses through July 26, 2011.

11. Plaintiff's attorneys will each submit a Supplemental Declaration after the completion of the briefing of this motion, detailing the additional time and costs expended in the completion of this matter.

12. Plaintiff's counsel conferred with Defendant's counsel both by email and telephonically regarding this motion. Defendant opposes the motion.

WHEREFORE, Plaintiff Raymond D. Arlozynski requests this Honorable Court to award reasonable attorneys' fees for the services of Plaintiff's counsel based

on a lodestar calculation of $40,053.00, litigation costs and expenses of $510.05, for a total of $40,563.05 through July 26, 2011 plus any additional costs and attorney fees for the time expended litigating this matter.

DATED: August 1, 2011

Respectfully submitted,

s/ O. Randolph Bragg

O. RANDOLPH BRAGG
HORWITZ, HORWITZ & ASSOCIATES
25 E. Washington Street, Suite 900
Chicago, IL 60602
Telephone: 312/372-8822
312/372-1673 (fax)

s/ Donald A. Yarbrough

Donald A. Yarbrough
2000 E. Oakland Park Blvd., Ste 105
PO Box 11842
Fort Lauderdale, FL 33306
Telephone: (954) 537-2000

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,
 on behalf of himself and
all others similarly situated,

      Plaintiffs,

      v.              **Case No.: 8:09-cv-2321-VCM-AEP**

RUBIN & DEBSKI, P.A.,
ARTHUR D. RUBIN, and
MICHAEL T. DEBSKI,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 1, 2011, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                      <u>s/ Donald A. Yarbrough</u>
                                        Donald A. Yarbrough

**SERVICE LIST**

Wendy Susan Leavitt, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4920
Facsimile: 954-627-6640

<u>Via Notices of Electronic Filing generated by CM/ECF</u>